

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Dennis Hicks
    Petitioner

v

Civil Action No.: _____

Crim Action No.: 07-CR-83-1

United States of America
    Respondent

MOTION FOR "STATUS UPDATE" PURSUANT
TO FRAP RULE 1, RULE 3, RULE 4 AND
RULE 5; PERTAINING TO THE
DELAYED FILING OF PETITIONER'S
RECENT FILING FOR MODIFICATION
OF SENTENCE UNDER 18 USC §3582

    NOW COMES Dennis Hicks (Petitioner), pro se, and moves this Honorable Court to <u>Grant</u> Petitioner a <u>Status Update</u> on why his filing has not been filed (and docketed) with the Court, pursuant to FRAP Rules and states the following:

    1) Petitioner filed a Motion for Modification of Sentence pursuant to 18 USC §3582 in light of new case precedent in favor of Petitioner;

    2) Such a Motion was received and signed for on 9-23-19. (See Attachment #1 - Copy of the signed receipt by the Court Clerk);

    3) As of this filing/request for a Status Update, it is now thirty (30) days and counting and Petitioner has not received notice of the actual filing; nor a Civil Action Number per the FRAP;

    4) Pursuant to FRAP Rule 5 (Serving and Filing pleadings and other papers); the Rule states:

> -5(b)(2)(F); delivering service by any other means that the person consented to in writing - in which event service is complete when the person making service delivers it to the Agency (clerk) to make delivery;
>
> and
>
> -5(d)(4)(Acceptance by Clerk) says, the clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice;

1

5) Pursuant to FRAP Rule 3 (commencing an action) and Rule 4 (summons); the Rule states:

> -R(3) a civil action is commenced by filing a complaint with the court;
>
> -unless Rule 3 and Rule 4(A) are read together ...substantive rights of a persons may be seriously affected without their knowledge that complaint has been filed in the Office of Clerk (Yudin v. Carrol), 57 F.Supp.793 (D.Ark.1944)

6) Pursuant to FRAP Rule 1 (Scope and Purpose); the Rule states;

> These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.

7) By way of the above mentioned FRAP, Petitioner has met the correct form and filing with the Court, and requests the Court to proceed pursuant to Rule 1 and Rule 4; in which the Court must file, then issue a Show Cause order to the Respondent to begin the appellate proceedings and briefings;

WHEREFORE, Petitioner Dennis Hicks humbly requests that the Court Grant this Motion and advise why there is a delay in having his 18 USC §3582 Motion filed and docketed appropriately; and next, issue a FRAP Show Cause Order to the Respondents thus beginning the Briefing Process and for such other and further relief deemed proper and necessary in the Interest of Justice.

Dated: 28 OCT., 2019

Respectfully Submitted,

Dennis Hicks, pro se
Fed. No. 62108-066
LSCI Allenwood LOW
PO Box 1000
White Deer PA 17887

2

## AFFIDAVIT

I Hereby Certify that the foregoing facts are true and correct to the best of my knowledge and belief under penalty of perjury as per 28 USC Section 1746.

_____
Dennis Hicks, Pro Se

## CERTIFICATE OF SERVICE

I Hereby Certify that a copy of the foregoing Petition/Motion was mailed on this 28 day of OCTOBER, 2019, by First Class Mail, postage prepaid to:

AUSUA
Office of the US Attorney
Melanie B. Wilmoth

615 Chestnut Street

Suite 1250

Philadelphia, PA 19106

_____
Dennis Hicks, pro se

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _/ardn_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Date of Delivery<br>C. CARDOVA 9-23-19 |
| Article Addressed to:<br>US District Court<br>Eastern Dist. Of Pennsylvania<br>601 Market St. rm 2609<br>Phila PA 19106-1729 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| \|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|<br>9590 9402 2456 6249 9120 64 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>    ured Mail<br>    ured Mail Restricted Delivery<br>    er $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 0360 0001 6678 4575 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

Attachment #1



LOW SECURITY CORRECTIONAL INSTITUTION
INMATE NAME/NUMBER: DENNIS HICKS 6210
FEDERAL CORRECTION COMPLEX-ALLENWOOD L.S.C
P.O. BOX 1000
WHITE DEER, PA 17887-1000

CERTIFIED MAIL

7019 0160 0000 5801 5078

⇔62108-066⇔
Office Of The Clerk
601 ARCH ST
Phila, PA 19106-1797
United States