IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-83 |
| DENNIS HICKS | : | |

## ORDER

AND NOW, this 2nd day of November, 2022, upon consideration of Defendant Dennis Hicks' Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Document Nos. 94, 95) and the Government's Response in Opposition thereto, it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

IT IS FURTHER ORDERED that no Certificate of Appealability shall issue.

BY THE COURT:

/s/  Juan R. Sánchez
_____
Juan R. Sánchez,     C.J.